■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN HALL, Appellant. — Judgment of the County Court, Rockland County (Miller, J.), rendered May 27, 1981, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HERRON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Potoker, J.), rendered October 5, 1981, convicting him of attempted criminal possession of a weapon in the third degree, upon a plea of guilty, and imposing sentence. The appeal brings up for review the denial of defendant's motion to suppress certain physical evidence. Judgment affirmed. The issue of credibility was one for the trier of the facts and we find no basis under the circumstances for disturbing Criminal Term's findings. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE L. MITCHELL, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered April 28, 1981, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence as a second felony offender. Judgment modified, on the law, by vacating the second felony offender adjudication and the sentence imposed. As so modified, judgment affirmed, and matter remitted to the County Court, Suffolk County, for resentencing. Defendant was sentenced as a second felony offender pursuant to CPL 400.21. However, the predicate felony was the result of a youthful offender adjudication which is not a judgment of conviction (CPL 720.35, subd 1). The sentence is, therefore, contrary to law and must be vacated (see CPL 450.30, subd 1; People v Figueroa, 62 AD2d 971). Accordingly, the matter is remitted to the County Court for resentencing. We have considered defendant's other contentions and find them to be without merit. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.